**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK**

| | |
|---|---|
| TERRANCE MOSEBY, <br> PLAINTIFF, | \| <br> \| <br> \| |
| v. | \| Case No. 4:16-cv-00654-SWW |
| NAVIENT SOLUTIONS, INC., <br> DEFENDANT | \| <br> \| <br> \| |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOTICE IS HEREBY GIVEN that all claims pending against all defendants have been resolved to the parties' satisfaction. Plaintiff respectfully requests that this Honorable Court hold this case open until November 30, 2017, and dismiss all claims asserted by Plaintiff and all counterclaims asserted by any Defendant in this case WITH prejudice at that time should nothing further be filed.

Dated: October 25, 2017

                                                Respectfully submitted,

                                                /s/ Jeffrey D. Wood
                                                Jeffrey D. Wood, Esq.
                                                ArkBN: 2006164
                                                11610 Pleasant Ridge Rd.
                                                Suite 103, Box 208
                                                Little Rock, AR  72223
                                                TEL:  682-651-7599
                                                FAX:  888-598-9022
                                                EMAIL:  jeff@mmlaw.pro
                                                *Attorney for Plaintiff*